UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISON

Alfonso Gonzalez
Georgia Bar Number 552941
Gonzalez Torres Law
Attorney for Petitioner

|  |  |  |
|---|---|---|
| V.B.D.L.R | ) | |
| Petitioner, | ) | |
| v. | ) | Civil No. 7:26-cv-70 |
| Warden, STEWART DETENTION CENTER, et al. | ) | |
| Respondents. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Petitioner Victor Bryan De La Rosa, through undersigned counsel, hereby voluntarily dismisses

the above captioned action without prejudice. This notice is filed because Respondents have

complied with the Court's March 26, 2026 order by conducting a bond hearing before an

Immigration Judge on April 14, 2026

Respectfully submitted this 20ᵗʰ day of May,  2026,

　　　　　/s/ ALFONSO GONZALEZ

　　　　　Attorney for Petitioner
　　　　　Georgia Bar No. 552941
　　　　　Alfonso@gonzalez-lawyer.com
　　　　　Gonzalez Torres Law
　　　　　1770 Indian Trail Lilburn Rd Suite 350
　　　　　Norcross, GA, 30093
　　　　　(470) 450- 4836

SO ORDERED this ＿2-lst＿ day
of ＿May, 2026＿＿＿＿＿.

W. Louis Sands, Sr. Judge
United States District Court