IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

VICTOR BRYAN DE LA ROSA,                        *

               Petitioner,                           *

v.                                                                      Case No. 7:26-cv-70 (WLS-CHW)
                                              *

WARDEN IRWIN COUNTY DETENTION
CENTER, et al.,                                                *

               Respondents.                       *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 21, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 22nd day of May, 2026.

                                   David W. Bunt, Clerk


                                   s/ Katie Logsdon, Deputy Clerk